UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER V. WHISENANT,<br><br>Petitioner,<br><br>v.<br><br>R. RACKLEY, Warden,<br><br>Respondent. | No. 2:16-cv-2526 JAM GGH<br><br><br>ORDER |

Good cause appearing therefore, Petitioner's request for an extension of time to file his Opposition to Respondent's Motion to dismiss his Petition for Habeas Corpus is granted. Petitioner shall have to and including March 20, 2017 to file that Opposition.

Dated: February 22, 2017

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE